IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 3:13-CR-360-M |
| | § | **ECF** |
| DOMINIC PARKER (1) | § | |

# MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, Dominic Parker, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    _____ Crime of violence (18 U.S.C. § 3156)

    _____ Maximum sentence life imprisonment or death

    _____ 10 + year drug offense

    _____ Felony, with two prior convictions in above categories

    __X__ Serious risk defendant will flee

    _____ Serious risk obstruction of justice

    _____ Felony involving a minor victim

    __X__ Felony involving a firearm, destructive device, or any other dangerous weapon

**Motion for Detention - Page 1**

\_\_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   __X__ Defendant's appearance as required

   __X__ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will invoke the rebuttable presumption against defendant because (check one or both):

   \_\_\_\_\_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

   \_\_\_\_\_ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

   \_\_\_\_\_ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2251

   \_\_\_\_\_ Previous conviction for "eligible" offense committed while on bond

   4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

   \_\_\_\_\_ At first appearance

   __X__ After continuance of **3** days (not more than 3).

DATED this 15th day of October 2013.

    Respectfully submitted,

    SARAH R. SALDAÑA
    UNITED STATES ATTORNEY


    s/ *John J. Boyle*
    JOHN J. BOYLE
    Assistant United States Attorney
    Texas State Bar No. 00790002
    1100 Commerce Street, Third Floor
    Dallas, Texas 75242-1699
    Tel:   214.659.8600
    Fax: 214.767.0978
    E-Mail: John.Boyle2@usdoj.gov


CERTIFICATE OF SERVICE

    I hereby certify that on **October 15, 2013**, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court.  I do not know the attorney who will represent the defendant; however, I hereby certify that I will hand-deliver a copy of the foregoing document to the attorney or the defendant at the first available opportunity to do so.


    s/ *John J. Boyle*
    JOHN J. BOYLE
    Assistant United States Attorney