ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 3:13-CR-360-M |
| | § | |
| DOMINIC PARKER (1) | § | ECF |

## FACTUAL RESUME

**INDICTMENT:** **Count One:** 18 U.S.C. §§ 922(g)(1) and 924(a)(2), Possession of a Firearm by a Prohibited Person.

**ELEMENTS OF THE OFFENSE**

**Count One**

In order to establish the crime of Possession of a Firearm by a Prohibited Person, in violation of 18 U.S.C. § 922(g)(1), as set out in Count One of the indictment, the government must prove the following elements beyond a reasonable doubt:

*First*: The defendant knowingly possessed a firearm. The term "firearm" means any weapon that will or is designed to or may readily be converted to expel a projectile by the action of an explosive;

*Second*: Before the defendant possessed the firearm, the defendant had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year, that is, a felony offense; and

*Third*: The possession of the firearm was in or affecting commerce; that is, that before the defendant possessed the firearm, it had traveled at some time from one state to another.

**STIPULATED FACTS:**

On March 18, 2013, officers with the Dallas police department executed a search warrant on Ramsey Avenue, which is in the City of Dallas and Northern District of

Factual Resume - Page 1

Texas. Parker was present. Officer found a Glock handgun in Parker's ~~bedroom~~ kitchen in a shoe box. Also in the box were personal papers belonging to Parker. Parker informed the officers that he had a M1 bolt action rifle in his ~~room~~ bed-.

The officers recovered a Glock, Model 30, .45 caliber pistol, bearing serial number FKW500 and a Steyr, Model M95, 8x50R caliber rifle, bearing serial number 5156L from the house. Parker admits he possessed both firearms.

Prior to March 18, 2013, Parker had been convicted for the following crimes punishable by imprisonment for a term in excess of one year, that is, a felony offense: 1. On November 17, 2010, Parker was convicted and sentenced to six-years confinement for the offense of Burglary of a Habitation, in the State of Texas v. Dominic Deshaun Parker, Cause No. F06-64577, in the Criminal District Court #3, Dallas County, an offense he committed on April 11, 2006; and 2. On November 17, 2010, Parker was convicted and sentenced to six-years confinement for the offense of Burglary of a Habitation, in the State of Texas v. Dominic Deshaun Parker, Cause No. F10-33818, in the Criminal District Court #3, Dallas County, an offense he committed on February 26, 2010.

Parker stipulates that he knowingly possessed the firearms listed in Count One of the indictment, and that they were manufactured outside the State of Texas and had traveled in interstate commerce before he possessed them.

SIGNED on this 22 day of November 2013.

_____
JOHN J. BOYLE
Assistant United States Attorney


_____
DOMINIC PARKER
Defendant


_____
DOUG MULDER
Attorney for Defendant